**436**

Frank A. LOWERY, Libelant-Appellee,

v.

THE ELLEN S. BOUCHARD, THE ELLEN S. BOUCHARD, Inc., and Bouchard Transportation Co., Inc., Respondents-Appellants.

CARGILL, Inc., Libelant-Appellee,

v.

THE FRANK A. LOWERY, her engines, boilers, etc. and against Frank A. Lowery, and against The Ellen S. Bouchard, her engines, boilers, etc., and against The Ellen S. Bouchard, Inc., and against Bouchard Transportation Co., Inc., Respondents-Appellants.

THE ELLEN S. BOUCHARD, Inc., and Bouchard Transportation Company, Inc., Cross-Libelants-Appellants,

v.

Frank A. LOWERY, The Frank A. Lowery, and The INEZ LOWERY, MARTIN W. CLUTE, BETTY L. and GABE HEFFERN, their tackle, apparel, etc., in a cause of collision, indemnity and contribution, civil and maritime, Cross-Respondent-Claimant-Appellees.

THE ELLEN S. BOUCHARD, Inc., and Bouchard Transportation Company, Inc., Cross-Libelants-Appellants,

v.

CARGILL, Inc., in a cause of collision, indemnity and contribution, civil and maritime, Cross-Respondent-Appellee.

Nos. 188, 189, 190, 191,
Dockets 23589, 23590, 23681, 23682.

United States Court of Appeals
Second Circuit.

Argued Dec. 19, 1955.

Decided Jan. 11, 1956.

Foley & Martin, New York City (Christopher E. Heckman and Edward J. Ryan, New York City, of Counsel), for appellee Frank A. Lowery.

Krisel, Beck & Taylor, New York City (Maurice A. Krisel, Max Taylor and Roman Beck, New York City, of counsel), for appellants The Ellen S. Bouchard, Inc. and Bouchard Transp. Co., Inc.

Atkins, Weymar & Randell, New York City (Horace T. Atkins, New York City, of counsel), for Cargill, Inc., libelant-appellee and cross-respondent-appellee, and Inland Survey Bureau, Inc., respondent-impleaded-appellee.

Before CLARK, Chief Judge, and MEDINA and WATERMAN, Circuit Judges.

PER CURIAM.

We affirm on the opinion of Judge Foley, D.C., 128 F.Supp. 16.

J. D. CONLEY, Stanley Moore, Sr., George L. Carter, and B. A. Watson, Appellants,

v.

Pat J. GIBSON, General Chairman of Locals 6051 and 28 et al., Appellees.

No. 15566.

United States Court of Appeals
Fifth Circuit.

Jan. 31, 1956.

Rehearing Denied March 15, 1956.

Roberson L. King, Houston, Tex., Dent, Ford, King & Wickliff, Houston, Tex., for appellants.

Edward J. Hickey, Jr., Washington, D. C., Chester M. Fulton, L. G. Clinton, Jr., Houston, Tex., Fulbright, Crooker, Freeman, Bates & Jaworski, Houston, Tex., Mulholland, Robie & Hickey, Washington, D. C., of counsel, for appellee.

Before HUTCHESON, Chief Judge, and HOLMES and RIVES, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed. Slocomb v. Delaware, L. & W. R. Co., 339 U.S. 239, 70 S.Ct. 577, 94 L.Ed. 795; Hettenbaugh v. Airline Pilots Ass'n, 5 Cir., 189 F.2d 319.